UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JENIFFER SILIEZAR - CABRERA<br>5032 Southern Star Terrace<br>Columbia, MD 21044 | :<br><br>: |
| Plaintiff, | : |
| v. | :   Civil Action: |
| SUPREME COURT OF THE UNITED STATES<br>1 First Street, N.E.<br>Washington, DC 20543<br>**Please serve:**<br>CHIEF JUSTICE JOHN ROBERTS or<br>ETHAN V. TORREY, Legal Assistant<br>The Supreme Court of the United States<br>1 First Street, N.E.<br>Washington, DC 20543 | :<br><br>:<br><br>:<br><br>:<br><br>: |
| Defendant. | : |

## COMPLAINT

1. This action is within the jurisdiction of this Court pursuant to 28 U.S.C. § 2671 - 2680. et. sec. .

2. The Defendant, Supreme Court Of The United States, occupies and operates its building to which the public was invited operates at One First Street, N.W., Washington, D.C.

3. That on or about July 19, 2014, Plaintiff, JENIFFER SILIEZAR - CABRERA as an invitee, was exiting the restroom when she slipped and fell.

4. That on that date, the Defendant did transact and carry on business in the District of Columbia by operating therein, and by conducting business, all within the District of Columbia.

5. That on that date, the Defendant, owed a duty to Plaintiff, and to the public, to exercise care to insure that the premises were safe and that they were free of hazards that could cause the Plaintiff harm or injury. Notwithstanding said duties the Defendant failed to maintain

the premises; failed to inspect the premises; operated said premises and allowed a hazardous condition to be present in an area where the public was invited; failed to provide proper lighting, markings or take other precautionary measures.  Further, said Defendant failed to warn the general public and the Plaintiff in particular of said dangerous condition, which Plaintiff could not have discovered prior to injury and they were otherwise negligent and careless.

6. That as a direct result of the negligence and carelessness of the Defendant, Plaintiff fell sustaining serious, painful and permanent injury in and about her head, neck, body and limbs, which rendered her sick, sore, lame and distressed.  She has and will in the future suffer great physical pain and mental anguish; she has and will in the future be required to expend large sums of money for medical care, treatment and related items; she has and will in the future lose substantial time from her place of employment; she has and will in the future be unable to pursue her usual and normal activities; and she was otherwise injured and damaged.

WHEREFORE, the Plaintiff, JENIFFER SILIEZAR - CABRERA, demands judgment against the Defendant, SUPREME COURT OF THE UNITED STATES, in the sum of Two Hundred - Fifty Thousand Dollars ($250,000.00), plus costs and interest.

                              Respectfully submitted,
                              SOSSLAU AND KOHLER

By:        /s/
        William L. Kohler, Jr., Esquire
        Bar No.: 423966
        7307-B Hanover Parkway
        Greenbelt, MD  20770
        (301) 982-3100

WLK/jk
Complain\4/11/17